# RECORD OF FUNDS RECEIVED FOR DEPOSIT
## INTO REGISTRY ACCOUNT

FILED

'09 JUN 18 P1:20

CLERK
U.S. BANKRUPTCY

TO:  1. Intake Clerk *
     2. Case Administrator

FROM:  Financial Administrator

DATE: 6-18-2009    UC

CASE NAME: Artis

CASE NUMBER: 03-29126

Check Number 635745 in the amount of $ 2650.38 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 8864        Intake Clerk's Initials: by

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

FILED
'09 JUN 18 P1:20

CLERK
U.S. BANKRUPTCY
COURT

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford
Chief Counsel

Phillip J. McHale, III
Chief Accountant

June 10, 2009

John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219

OR

John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie PA 16501

RE: TIMOTHY PATRICK ARTIS
    STACY LYNN ARTIS
Case No.: 03-29126  F

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

SHAULL EQUIPMENT COMPANY++
POB 612
LEMOYNE PA
                                                17043

CHECK NUMBER __635745__          AMOUNT $ __2,650.38__

The disbursement(s) was returned to the Trustee for the following reason:

_____ a. Trustee has been unable to locate Creditor.

__X__ b. Creditor returned funds.

_____ c. Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
03-29126 F

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

    Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: BARRY GINDLESPERGER
    TIMOTHY PATRICK ARTIS
    STACY LYNN ARTIS
    SHAULL EQUIPMENT COMPANY++
    Creditor